John L. Williams, Esq. SBN: 43912
MANCHESTER, WILLIAMS & SEIBERT
125 S. Market Street, Suite 1100
San Jose, California 95113-2286
(408) 287-6193 – Telephone
(408) 287-1554 – Facsimile

Attorney for Defendant, MING ZHONG

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-02-20145 JW |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER REMOVING TRAVEL RESTRICTIONS |
| vs. ) | |
| FEI YE and MING ZHONG, ) | |
| Defendants. ) | |

## STIPULATION

*Ming Zhong p/7*

1. On December 14, 2006, the defendant entered pleas of guilty to two counts of economic espionage. Sentencing is currently scheduled for January 14, 2008.

2. An indictment was filed in December 2002, and the defendant was released on a property bond subject to the normal travel restrictions. He has been monitored by Pretrial Services since his release without incident.

3. The defendant's employment requires that he travel in the United States. In order to avoid the necessity of repeated travel requests and orders, the defendant requests that the Court remove all travel restrictions within the United States.

1

4. Assistant United States Attorney Richard C. Cheng has been in charge of the prosecution of the defendant and has no objection to the removal of the travel restrictions.

5. Anthony Granados of Pretrial Services has been supervising the defendant and has no objection to the removal of the travel restrictions.

Dated: October 25, 2007

Dated: October 25, 2007

/s/
Assistant U.S. Attorney Richard C. Cheng

/s/
John L. Williams

ORDER

The parties having stipulated thereto, and good cause appearing therefore, IT IS HEREBY ORDERED, that all restrictions for travel within the United States are removed *for MING ZHONG*.

Dated: 11/7/07

Magistrate Judge